UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE V. ANDRADE MUNOZ, | ) | No. CV 11-05094-VBK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: June 7, 2012              /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE